FILED

01/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0556

DEANNA H. McATEE,

Plaintiff and Appellant,

vs.

MORRISON AND FRAMPTON, PLLP,

Defendant and Appellee.

## GRANT OF EXTENSION

Pursuant to authority granted under M.R.App.P. 26(1), Appellant is given an extension of time until February 19, 2021, to prepare, file, and serve the opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 15 2021